Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody R. Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**AMBER MACHOWSKI**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCORP INVESTMENT GROUP, LLC, a California limited liability company; DOUBLE DISCOUNT, L.P., a California limited partnership; and DOES 1-10,<br><br>Defendants. | CASE NO.: 8:21-cv-01625-WLH-DFMx<br><br>*Hon. Wesley L. Hsu*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   October 3, 2021<br><br>Final Pretrial Conference Date: June 23, 2023 |

1
JOINT NOTICE OF SETTLEMENT

The Parties hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

DATED: June 21, 2023                    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: ***/s/Lauren Davis***
Lauren Davis, Esq.
Attorney for Plaintiff, Amber Machowski

DATED: June 21, 2023                    **NOVIAN & NOVIAN, LLP**

By: ***/s/Anthony S. Chavez***
Anthony S. Chavez, Esq.
Attorney for Defendant, Transcore Investment Group, LLC (erroneously sued as "Transcorp Investment Group, LLC")

| | |
|---|---|
| DATED: June 21, 2023 | **LAW OFFICES OF MARK B. PLUMMER, PC**<br><br>By: /s/ _(signature)_<br>Mark B. Plummer, Esq.<br>Attorney for Defendant, Double Discount, L.P. |

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

LAUREN DAVIS

*/s/Lauren Davis*
By: Lauren Davis, Esq.
Attorney for Plaintiff, Amber Machowski