JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCORP INVESTMENT GROUP, LLC, a California limited liability company; DOUBLE DISCOUNT, L.P., a California limited partnership; and DOES 1-10,<br><br>Defendants. | Case No.: 8:21-cv-01625-WLH-DFMx<br><br>*Hon. Wesley L. Hsu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [50]**<br><br>Action Filed: October 3, 2021<br>Trial Date: Not on Calendar |

Pursuant to Federal Rule of Civil Procedure 41, the Court, having considered the documents before it, and being fully advised, finds as follows:

Plaintiff Amber Machowski's action against Defendants, Transcore Investment Group, LLC (erroneously sued as "Transcorp Investment Group, LLC"), and Double Discount, L.P., is dismissed with prejudice. Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 22, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE